**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632

Telephone: (559) 233-4800

Howard A. Sagaser #072492
Melody A. Hawkins #226522

Attorneys for:    Defendant/Counter-Complainant Sean Gahan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| OPTISTREAMS, INC.<br><br>    Plaintiff(s),<br><br>    v.<br><br>SEAN GAHAN and DOES 1-25<br><br>    Defendant(s).<br><br>SEAN GAHAN<br><br>    Counter-Claimant<br><br>    v.<br><br>OPTISTREAMS, INC.<br><br>    Counter-Defendant. | Case No. 1:05-cv-00117 REC-SMS<br><br>STIPULATION and<br>**ORDER SETTING DATES OF DEPOSITION** |

On June 15th, OptiStreams, Inc. ("OptiStreams") through its counsel of record Patti Williams, and Sean Gahan ("Gahan") through his counsel of record, Howard A. Sagaser, appeared before Magistrate Judge Sandra M. Snyder concerning the discovery dispute regarding setting depositions. Having reviewed the letters submitted by the respective counsel and considered their respective arguments, the Court makes the following order: The deposition of John Haugan shall take place at the law office of Sagaser, Jones & Hahesy 2445 Capitol Street, Fresno, California commencing at 9:00 a.m. on June 27, 2005. The deposition of Collin Murphy shall take place at the offices of Sagaser, Jones & Hahesy commencing at

{6489/002/00171578.DOC}            1

ORDER SETTING DATES OF DEPOSITION

9:00 a.m. on June 28, 2005.  The deposition of Sean Gahan shall commence at 9:00 on July 27, 2005 at the law offices of Jory, Peterson, Watkins, Ross & Woolman at 555 West Shaw Avenue, Suite C-1, Fresno, California.  The deposition of Alison Haugan shall commence at 9:00 a.m. on July 29, 2005 at the law office of Sagaser, Jones & Hahesy.  If Alison Haugan is medically unable to attend the deposition on that date, Defendant may substitute Steve Genuser in place of Alison Haugan.

In the event that Plaintiff's counsel Patti Williams is selected to jury duty and is unable to attend the depositions as scheduled as ordered, the parties are directed to meet and confer and work out a new deposition schedule consistent with the intent and direction of this Court's order.

Approved as to Form:

DATED:  June 22, 2005.

SAGASER, JONES & HAHESY

By__/s/  Howard A. Sagaser_____
Howard A. Sagaser, Attorneys for
Defendant/Counter-Claimant Sean Gahan

DATED:  June 16, 2005.

JORY, PETERSON, WATKINS, ROSS & WOOLMAN

By_____/s/ Patti L. Williams_____
Patti L. Williams, Attorneys for
Plaintiff/Counter-Defendant OptiStreams, Inc.

IT IS SO ORDERED.

**Dated:     2005**                              **/s/ Sandra M. Snyder**

icido3                               UNITED STATES MAGISTRATE JUDGE