1  **DAVID A. ROBERTS, SBN 88723**
   **CASWELL, BELL & HILLISON, LLP**
2  5200 North Palm Avenue, Suite 211
   Fresno, California  93704-2225
3  Telephone:   (559) 225-6550
   Telecopier:   (559) 225-7912
4  Email:  droberts@caswellbell.com

5  Attorneys for Plaintiffs, Optistreams, Inc.

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                           FRESNO DIVISION

10 OPTISTREAMS, INC.,                    )   Case No. 05 CV-00117 REC SMS
                                         )
11             Plaintiff,                )   **AMENDED SUBSTITUTION OF**
                                         )   **ATTORNEYS AND ORDER**
12        vs.                            )
                                         )
13 SEAN GAHAN AND DOES 1-25,             )
                                         )
14             Defendants.               )
   _____)
15

16      Plaintiff, OPTISTREAMS, INC., hereby substitutes the law firm of Caswell, Bell &

17 Hillison LLP as its attorneys of record in place of the law firm of Jory, Peterson, Watkins, Ross

18 & Woolman.

19      The address and telephone number of new counsel are as follows:

20                         Caswell Bell & Hillison LLP
                        5200 North Palm Avenue, Suite 211
21                              Fresno, CA  93704
                            Telephone: 559/225-6550
22

23 DATED: July 15, 2005.         /s/ Steven Genuser (as authorized on 7/15/05)
                                 Steven Genuser, Vice President
24                               OPTISTREAMS, INC.

25      The undersigned consents to the above substitution.

26 DATED: July 15, 2005.         JORY, PETERSON, WATKINS, ROSS &
                                 WOOLMAN
27
                                 By /s/ Patti Williams (as authorized on 7/15/05)
28                                  Patti L. Williams

1 | The undersigned accepts the above substitution.

2 | DATED: July 15, 2005.            CASWELL BELL & HILLISON LLP

3 |                                   By  /s/ David Roberts
                                        David A. Roberts

**ORDER**

7 | IT IS SO ORDERED.

8 | DATED: July 25 , 2005.            /s/ ROBERT E. COYLE
                                      Honorable Robert E. Coyle
                                       United States District Court