**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632

Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Howard A. Sagaser #072492
Melody A. Hawkins #226522

Attorneys for:     Defendant/Cross-Complainant Sean Gahan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| OPTISTREAMS, INC.<br><br>           Plaintiff(s),<br><br>      v.<br><br>SEAN GAHAN and DOES 1-25<br><br>           Defendant(s). | Case No.1: 05-cv-00117 REC SMS<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COUNTER-CLAIM FOR DAMAGES**<br><br>**NOTE: First Amended Counter-Claim must now be e-filed by counsel.** |
| SEAN GAHAN<br><br>           Counter-Claimant<br><br>      v.<br><br>OPTISTREAMS, INC., JON HAUGAN, an individual, and ALISON HAUGAN, an individual<br><br>           Counter-Defendant. | |

It is hereby stipulated by and between David A. Roberts of Caswell, Bell & Hillison, attorneys for Plaintiff and Counter-Defendant OptiStreams, Inc. and Howard A. Sagaser of Sagaser, Jones & Hahesy, Attorneys for Sean Gahan, that Defendant and Counter-Claimant Sean Gahan may file the first amended counter-claim attached hereto as Exhibit "A".  By stipulating to the filing of the first amended counter-claim, OptiStreams, Inc. is not agreeing with any of the allegations set forth in the first amended counter-claim and is

{6489/002/00174431.DOC}                         1

_____
STIPULATION AND ORDER FOR FILING FIRST AMENDED COUNTER-CLAIM FOR DAMAGES

PDF created with pdfFactory trial version www.pdffactory.com

reserving all rights to respond to the counter-claim in any manner allowed under the Federal Rules of Civil Procedure.

DATED: August 16, 2005.

                                            CASWELL, BELL & HILLISON

                                            By: _____/s/ David A. Roberts_____
                                                David A. Roberts, Attorneys for
                                                Plaintiff/Counter-Defendant OptiStreams, Inc

DATED: August 4, 2005.

                                            SAGASER, JONES & HAHESY

                                            By: _____/s/ Howard A. Sagaser_____
                                                Howard A. Sagaser, Attorneys for
                                                Defendant/Counter-Claimant Sean Gahan

## **ORDER**

Upon reading the stipulation of the parties, it is hereby ordered that Sean Gahan may file the first amended counter-claim as set forth in attached Exhibit "A" and that OptiStreams, Inc. shall have 20 days from the service of the first amended counter-claim to respond to the first amended counter-claim. With respect to John Haugan and Alison Haugan, those parties shall have 20 days after service of the first amended counter-claim to file a response as provided in Rule 12 of the Federal Rules of Civil Procedure.

DATED:  8/23/2005

                                                _____/s/   Sandra M. Snyder_____
                                                Honorable Sandra M. Snyder, Magistrate
                                                Judge United States District Court, Eastern
                                                District of California