1

**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
2  Fresno, California  93717-1632

3

Telephone:  (559) 233-4800
4  Facsimile:   (559) 233-9330

5  Howard A. Sagaser #072492
Melody A. Hawkins #226522

6

Attorneys for:          Defendant/Counter-Complainant Sean Gahan

7

8                    **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10  OPTISTREAMS, INC.                          Case No. 1:05-cv-00117 REC SMS

11              Plaintiff(s),              **STIPULATION AND ORDER
                                           CHANGING SCHEDULING
12      v.                                 CONFERENCE ORDER DATES**

13  SEAN GAHAN and DOES 1-25

14              Defendant(s).

15  SEAN GAHAN

16              Counter-Claimant

17      v.

18  OPTISTREAMS, INC.

19              Counter-Defendant.

20              It   is   hereby   stipulated   by   and   between   David   A.   Roberts   of

21  Caswell Bell & Hillison, attorneys of record for Plaintiff and Counter-Defendant OptiStreams,

22  Inc., and  Howard  A.  Sagaser of Sagaser, Jones & Hahesy, attorneys for Defendant and

23  Counter-Claimant Sean Gahan that the  following  new  dates  are  agreed  upon  and  that  the

24  scheduling conference order is hereby amended as follows:

25              1.      The deadline for discovery set forth in Paragraph 7D of the scheduling

26  conference order is changed as follows:

27              D.      The parties are ordered to complete all discovery
                        pertained   to   non-experts   on   or   before
28                      December 30, 2005,  and  all  discovery  pertained
                        to experts on or before February 15, 2006.

{6489/002/00174113.DOC}                              1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3

       E.      The parties are directed to disclose all expert witnesses, in writing, on or before January 14, 2006 and all supplemental expert witnesses, in writing, on or before January 31, 2005.

4
5

       2.      The pre-trial conference in Paragraph 9 is changed to June 9, 2006 at 1:30p.m.

6
7

       3.      The trial date set forth in Paragraph 10 is hereby changed to August 8, 2006, at 9:00a.m.

8
9

       4.      The pre-trial motion schedule set forth in Paragraph 8 is hereby modified as follows:

10
11
12
13
14
15

       All non-dispositive pre-trial motions, including any discovery motions, shall be filed on or before February 15, 2006 and will be heard on March 17, 2006 at 9:30a.m. in Court Room No. 4 before the Honorable Sandra M. Snyder, United States Magistrate Judge. Further pertaining to all dispositive pre-trial motions shall be filed on or before March 15, 2006 and be heard on April 17, 2006 at 1:30p.m. in Court Room No. 1 before the Honorable Robert E. Coyle, Senior United States District Judge.

16
17

       Except as so modified, all other terms of the scheduling conference Order dated March 31, 2005, shall remain in effect.

18

DATED:  September 8, 2005.

19

       CASWELL, BELL & HILLISON, LLP

20

       By     /s/ David A. Roberts

21
22

       David A. Roberts, Attorneys for Plaintiff/Counter-Defendant OptiStreams, Inc.

23

24

DATED:  September 8, 2005.

25

       SAGASER, JONES & HAHESY

26
27

       By     /s/  Howard A. Sagaser

28

       Howard A. Sagaser, Attorneys for Defendant/Counter-Claimant Sean Gahan

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon reading the stipulation of the parties, it is hereby ordered that the deadlines for discovery set forth in Paragraph 7D of the scheduling conference order is changed as follows:

1.      The parties are ordered to complete all discovery pertained to non-experts on or before December 30, 2005, and all discovery pertained to experts on or before February 15, 2006.

2.      The parties are directed to disclose all expert witnesses, in writing, on or before January 14, 2006 and all supplemental expert witnesses, in writing, on or before January 31, 2005.

3.      The pre-trial conference in Paragraph 9 is changed to June 9, 2006 at 1:30p.m. before Jude Snyder (was 3/7/2006).

4.      The trial date set forth in Paragraph 10 is hereby changed to August 8, 2006, at 9:00a.m. before Judge Coyle (was 5/2/2006).

5.      The pre-trial motion schedule set forth in Paragraph 8 is hereby modified as follows:  All non-dispositive pre-trial motions, including any discovery motions, shall be filed on or before February 15, 2006 and will be heard on March 17, 2006 at 9:30a.m. in Court Room No. 4 before the Honorable Sandra M. Snyder, United States Magistrate Judge.  Further pertaining to all dispositive pre-trial motions shall be filed on or before March 15, 2006 and be heard on April 17, 2006 at 1:30p.m. in Court Room No. 1 before the Honorable Robert E. Coyle, Senior United States District Judge.

Except as so modified, all other terms of the scheduling conference Order dated March 31, 2005, shall remain in effect.


DATED:   9/12/2005


               /s/ Sandra M. Snyder
Honorable Sandra M. Snyder, Magistrate
Judge United States District Court, Eastern
District of California

{6489/002/00174113.DOC}                     3

STIPULATION AND ORDER CHANGING SCHEDULING CONFERENCE ORDER DATES

PDF created with pdfFactory trial version www.pdffactory.com