Jon Haugan
OPTISTREAMS, INC.
7545 North Del Mar Avenue, Suite 203
Fresno, CA 93711
Telephone:     (559) 440-1334

Plaintiff OPTISTREAMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| OPTISTREAMS, INC. | ) | Case No. 1: 05-cv-00117 REC-SMS |
| | ) | |
| Plaintiff, | ) | **SUBSTITUTION OF COUNSEL FOR** |
| | ) | **PLAINTIFF OPTISTREAMS, INC.,** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SEAN GAHAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| AND RELATED COUNTERCLAIM | ) | |
| _____ | ) | |

   Plaintiff Optistreams, Inc. hereby requests an Order permitting it to substitute its counsel.  Plaintiff's prior counsel, David A. Roberts, was granted permission to withdraw as Plaintiff's counsel on December 8, 2005.

Upon entry of an Order, OptiStreams, Inc.'s new counsel will be as follows:

Robert A. Spanner, Esq. (State Bar No. 60308)
Trial & Technology Law Group
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone:   (650) 324-2223
Facsimile:    (650) 324-0178

By their signatures below, Plaintiff OptiStreams, Inc. and new counsel consent to the substitution.

Dated:   12/19/05	OPTISTREAMS, INC.


By:   /s/ Jon Haugan
        Jon Haugan
        CEO


Dated: :   12/21/05	TRIAL & TECHNOLOGY LAW GROUP
	A Professional Corporation


By:   /s/ Robert A. Spanner
        Robert A. Spanner
        Counsel for Plaintiff OptiStreams, Inc.


**ORDER**

IT IS SO ORDERED.

**Dated:   January 10, 2006**	        **/s/ Sandra M. Snyder**
icido3	UNITED STATES MAGISTRATE JUDGE