1  Robert A. Spanner, Esq. (State Bar No. 60308)
2  TRIAL & TECHNOLOGY LAW GROUP
   A Professional Corporation
3  545 Middlefield Road, Suite 220
   Menlo Park, CA 94025
4  Telephone:    (650) 324-2223
   Facsimile:    (650) 324-0178
5
6  Attorneys for Plaintiff
   OPTISTREAMS, INC.
7

8  Howard A. Sagaser, Esq. (State Bar No. 72492)
9  SAGASER JONES & HAHESY
   2445 Capitol Street, Second Floor
10 Fresno, CA 93721
   Telephone:    (559) 233-4800
11 Facsimile:    (559) 233-9330

12
   Attorneys for Defendant
13 SEAN GAHAN

14
15                   UNITED STATES DISTRICT COURT
16                 EASTERN DISTRICT OF CALIFORNIA
17                        FRESNO DIVISION
18

19 OPTISTREAMS, INC.                    )  Case No. 05-CV-00117 REC (SMS)
                                        )
20        Plaintiff,                    )  **STIPULATION AND  ORDER**
                                        )  **EXTENDING TIME RE**
21     vs.                              )  **PLAINTIFF'S REPLY**
                                        )  **MEMORANDUM IN SUPPORT OF**
22                                      )  **ITS MOTION TO VOLUNTARILY**
   SEAN GAHAN, *et al.*,                )  **DISMISS ITS COMPLAINT**
23                                      )  **WITHOUT PREJUDICE PURSUANT**
          Defendants.                   )  **TO F.R. CIV. P. 41(a)(2)**
24 _____      )
                                        )
25 AND RELATED COUNTERCLAIM             )  Date:   February 6, 2006
26 _____      )  Time:  1:30 p.m.
                                           Judge Robert E. Coyle
27

28 _____
   Stip. and Order Extending Time for Plaintiff's
   Reply Memo. – Case No. 05-CV-00117 REC        - 1 -

1

2

3

4

5

WHEREAS on December 28, 2005 Plaintiff filed its Motion To Voluntarily

Dismiss Its Complaint Without Prejudice Pursuant to F.R. Civ. P. 41(a)(2) ("OptiStreams'

Motion To Voluntarily Dismiss"), noticing the hearing for January 30, 2006;

6

WHEREAS L.R. 72-830(c) requires that oppositions to motions be served not less

7

than 17 days preceding the hearing date if served electronically;

8

9

WHEREAS Defendant filed and electronically served his Opposition to

OptiStreams' Motion To Voluntarily Dismiss on January 17, 2006;

10

11

WHEREAS L.R. 72-830(d) requires that reply memoranda be filed and served not

12

less than 5 court days preceding the hearing;

13

WHEREAS on January 18, 2006 Defendant's counsel agreed in writing to stipulate

14

to extending Plaintiff's date for a reply, and suggested continuing the hearing on

15

OptiStreams' Motion To Voluntarily Dismiss to February 6, 2006;

16

17

WHEREAS on January 19, 2006 the Court continued the hearing on "OptiStreams'

18

Motion To Voluntarily Dismiss to February 6, 2006;

19

20

Plaintiff OptiStreams, Inc. ("OptiStreams") and Defendant Sean Gahan ("Gahan"),

21

by and through their respective attorneys, hereby stipulate and agree as follows:

22

    1.     OptiStreams' reply to Gahan's Opposition to OptiStreams' Motion To

23

24

25

26

27

28

1    Voluntarily Dismiss shall be electronically filed and served by January 27, 2006.

2

3    Dated: _____1/19/06_____          TRIAL & TECHNOLOGY LAW GROUP
                                             A Professional Corporation
4                                            Attorneys for Plaintiff
                                             OPTISTREAMS, INC.
5

6
                                             By: _____/s/ Robert A. Spanner_____
7                                                    Robert A. Spanner

8

9    Dated:____January 19, 2006____          SAGASER JONES & HAHESY
                                             Attorneys for Defendant
10                                            SEAN GAHAN

11

12                                           By: _____/s/ Howard A. Sagaser_____
                                                     Howard A. Sagaser
13

14

15                                       **ORDER**

16
         Good cause appearing therefore,
17
         IT IS SO ORDERED.
18

19
     Dated: ___January 20, 2006_          /s/ ROBERT E. COYLE_____
20                                        UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28
     _____
     Stip. and Order Extending Time for Plaintiff's
     Reply Memo. – Case No. 05-CV-00117 REC          - 3 -