Robert A. Spanner, Esq. (State Bar No. 60308)
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
545 Middlefield Road, Suite 220
Menlo Park, CA 94025
Telephone:     (650) 324-2223
Facsimile:      (650) 324-0178

Attorneys for Plaintiff
OPTISTREAMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| OPTISTREAMS, INC.<br><br>          Plaintiff,<br><br>     vs.<br><br>SEAN GAHAN,<br><br>          Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIM<br>_____ | Case No. 05-CV-00117 REC (SMS)<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATES OF MOTIONS OF OPTISTREAMS, INC. FOR VOLUNTARY DISMISSAL, TO DISMISS FOURTH CLAIM IN THE SECOND AMENDED COUNTERCLAIM, AND TO QUASH SUBPOENAS** |

Plaintiff/Counter-Defendant OptiStreams, Inc. and Defendant/Counter-Claimant Sean Gahan, by and through their undersigned attorneys, hereby STIPULATE and AGREE that the Court may enter the attached Order, continuing from February 13, 2006 to March 13, 2006, at 1:30 p.m., the hearings of Plaintiff/ Cross-Defendant's's motion for voluntary dismissal, motion to dismiss the fourth claim in the Second Amended Counterclaim, and

motions to quash subpoenas.  This request is made because these motions were continued to February 6, 2006 at 1:30 p.m. by Orders of the Court on January 19, 2006 and January 20, 2006, and were continued to February 13, 2006 by Order of the Court on January 27, 2006, and counsel for Plaintiff/ Cross-Defendant is unavailable on February 13, 2006, and counsel for Defendant/ Counter-Claimant  is unavailable on February 27, 2006 and March 5, 2006.

    This is the first such request.

| | |
|---|---|
| Dated: February 2, 2006 | TRIAL & TECHNOLOGY LAW GROUP<br>A Professional Corporation<br>Attorneys for Plaintiff and Counter-Defendant<br>OPTISTREAMS, INC. |
| | |
| | By:  ___s/ Kislik, Andrew___<br>       Andrew R. Kislik |
| Dated: January 31, 2006 | SAGASER JONES & HAHESY<br>Attorneys for Defendant and Counter-Claimant<br>SEAN GAHAN |
| | |
| | By:  ___s/ Sagaser, Howard___<br>       Howard A. Sagaser |

## **ORDER**

Upon the Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The hearing on Plaintiff/Counter-Defendant's motions for voluntary dismissal, to dismiss the fourth claim in the Second Amended Counterclaim, and to quash subpoenas are continued from February 13, 2006, at 1:30 p.m., to March 13, 2006, at 1:30 p.m.

Dated: _____2/1/2006_____     __/s/ ROBERT E. COYLE_____
                                                                            ROBERT E. COYLE
                                                                            U.S. DISTRICT COURT  JUDGE